# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANKLIN PERRY | ) | Case No. |
| | ) | 18-mj-1198-DLC |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2018__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 473 | Selling Counterfeit Federal Reserve Notes |

This criminal complaint is based on these facts:

See attached Affidavit of SA Michael Feagan U.S. Secret Service

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Michael Feagan, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/21/2018

_____
*Judge's signature*

City and state: Boston, Massachusetts

Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*